# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER TRUJILLO, et al., | |
| Plaintiffs, | Case No. 2:13-cv-00293-MMD-PAL |
| vs. | **ORDER** |
| KARL SCIRBONA, et al., | (Mot Stay Discovery - Dkt. #11) |
| Defendants. | |

Before the court is United States of America's and Federal Defendants' Unopposed Motion to Stay Discovery (Dkt. #11), filed March 14, 2013. The court has reviewed the motion and finds that it should be granted. As such,

**IT IS ORDERED** that the Motion to Stay Discovery (Dkt. #11) is **GRANTED**. The parties shall have twenty-one days from the decision of the motion to dismiss to meet and confer and submit a proposed discovery plan and scheduling order as to any claim that survives.

Dated this 19th day of March, 2013.

Peggy A. Leen
United States Magistrate Judge