```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  DANIEL D. HOLLINGSWORTH
    Assistant United States Attorney
 4  Nevada Bar No. 1925
    U.S. Attorney's Office
 5  333 Las Vegas Boulevard South, Suite5000
    Las Vegas, Nevada 89101
 6  Telephone: 702-388-6336
    Facsimile: 702-388-6787
 7  Email: daniel.hollingsworth@usdoj.gov

 8  Attorneys for the Federal Defendants and the United States.
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER TRUJILLO, PATRICIA MARTINEZ, ALMA SOTO, and BLANCA SOTO,<br><br>    Plaintiff,<br><br>    v.<br><br>KARL SCIRBONA, ARON INGALLS, JORDANA CHRISTOFF, DOE OWNER I-V, DOE DRIVER I-V, ROE EMPLOYER, and ROE COMPANIES,<br><br>    Defendants. | Case No.: 2-13-CV-00293-APG-(PAL) |

**NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT**

The United States hereby notifies Plaintiffs and the Court that because the United States Attorney has certified that named Defendant Aron Ingalls was a federal employee and was acting in the course of his employment at all times relevant to the events alleged in Plaintiffs' Complaint, this action "shall be deemed an action or proceeding brought against the United States ... and the United States shall be substituted as the party defendant" in place of Aron Ingalls. 28 U.S.C. § 2679(d)(2).

Based on the foregoing, the United States Attorney's certification automatically substitutes the United States as the defendant in the place of Aron Ingalls in this case and the caption to this case should be amended by removing Defendant Aron Ingalls individually and substituting the United States.

DATED this 26th day of February 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _____May 20, 2013_____

**PROOF OF SERVICE**

I, Daniel D. Hollingsworth, certify that the following individuals were served with copies of **NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT** on February 26, 2013, by the below identified method of service:

**CM/ECF**

Nathan R. Morris
Morris Anderson Law
2001 South Maryland Parkway
Las Vegas, Nevada 89104
nathan@morrisandersonlaw.com
real@morrisandersonlaw.com
Attorney for Plaintiffs

Ryan M. Anderson
Morris Anderson Law
2001 South Maryland Parkway
Las Vegas, Nevada 89104
nathan@morrisandersonlaw.com
real@morrisandersonlaw.com
Attorney for Plaintiffs

Mark L. Gentile
GENTILE LAW GROUP
1300 South Decatur Boulevard
Las Vegas, Nevada 89102
mark@gentilelawgroup.com
nicole@gentilelawgroup.com
sharon@gentilelawgroup.com
Attorney for Defendant Karl Scirbona

    /s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney